IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES *ex rel.* ) | |
| BENJAMIN CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:11cv602 (JCC/JFA) |
| ) | |
| HALLIBURTON COMPANY, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1)  Relator Benjamin Carter's ("Relator") Motion to Seal Portions of the Opposition to Defendants' Motion to Dismiss [18] is GRANTED only as to the portions of Relator's opposition and exhibits that reference the Under Seal Action (as defined in the accompanying Memorandum Opinion) and DENIED as to all other exhibits and materials;

(2)  Defendants Halliburton Company, KBR, Inc., Kellogg Brown & Root Services, Inc., and Service Employees International, Inc.'s (collectively, "Defendants") Motion to Seal Reply Memorandum in Support of Defendants' Motion to Dismiss [25] is GRANTED only as to Exhibit 9 and the portions of Defendants' reply memorandum and exhibits that

1

reference the Under Seal Action and is DENIED as to all other exhibits and materials;

    (3)  Relator's Motion to Seal his Motion for Leave to File Sur-reply [28] is DENIED;

    (4)  Defendants' Motion to Seal Defendants' Response to Relator's Motion for Leave to File Sur-reply [33] is DENIED;

    (5)  Relator's Motion to Seal his Reply Memorandum in Support of his Motion for Leave to File Sur-reply [36] is DENIED; and

    (6)  the Clerk of the Court shall forward copies of this Order and accompanying Memorandum Opinion to all counsel of record.

|  |  |
|---|---|
| | /s/ |
| November 29, 2011 | James C. Cacheris |
| Alexandria, Virginia | UNITED STATES DISTRICT COURT JUDGE |