**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria, Virginia**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>  *ex rel.* CARTER, )<br>)<br>                    Plaintiff, )<br>) Civil Action No. 11-cv-602-JCC/JFA<br>              v. )<br>)<br>HALLIBURTON CO., *et al.*, )<br>)<br>                   Defendants. )<br>_____ ) | |

## **NOTICE OF APPEAL**

Notice is hereby given that Relator Benjamin Carter appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered in this action on the 29th of November, 2011 (Dkt. No. 42), granting with prejudice Defendants' Motion to Dismiss dated October 21, 2011 (Dkt. No. 11) and denying Relator's Motion for Leave to File Sur-Reply dated November 11, 2011 (Dkt. No. 29).

Respectfully submitted,

 /s/
W. Clifton Holmes, Esq.
Virginia Bar No. 78157
Thomas M. Dunlap, Esq.
Virginia Bar No. 44016
David Ludwig, Esq.
Virginia Bar No. 73157
Dunlap, Grubb & Weaver PLLC
199 Liberty St, SW
Leesburg, VA 20175
(703) 777-7319 (t)
(703) 777-3656 (f)

cholmes@dglegal.com  
tdunlap@dglegal.com  
dludwig@dglegal.com

December 28, 2011

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of December, 2011, I caused the foregoing to be served on the following by means indicated:

> *VIA CM/ECF*
>
> John M. Faust, Esq.
> Tirzah S. Lollar, Esq.
> Katherine Codd, Esq.
> Vinson & Elkins L.L.P.
> 1455 Pennsylvania Avenue, N.W., Suite 600
> Washington, DC 20004-1008
> 202-639-6604
> Attorneys for All Defendants
>
>
> Richard W. Sponseller
> United States Attorney's Office
> 2100 Jamieson Avenue
> Alexandria, VA 22314
> Richard.Sponseller.usdoj.gov

                                                              /s/
                                          W. Clifton Holmes