FILED: March 18, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-1011
(1:11-cv-00602-JCC-JFA)

_____

UNITED STATES EX REL. BENJAMIN CARTER

    Plaintiff - Appellant

v.

HALLIBURTON CO; KELLOGG BROWN & ROOT SERVICES, INC.; SERVICE EMPLOYEES INTERNATIONAL, INC.; KBR, INC.

    Defendants - Appellees

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is reversed.  This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                              /s/ PATRICIA S. CONNOR, CLERK