IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES *ex rel.* ) | |
| BENJAMIN CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:11cv602 (JCC/JFA) |
| v. ) | |
| ) | |
| HALLIBURTON CO., ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

### **O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1)  Defendant Halliburton Co.'s ("Defendant") Motion to Dismiss [Dkt. 11] is DENIED;

(2)  in accordance with the Court's affirmed dismissal on the grounds of the FCA's first-to-file bar [Dkts. 65-66], Relator's Complaint [Dkt. 1] is DISMISSED WITHOUT PREJUDICE;

(3)  the Clerk of the Court shall forward copies of this Order and the accompanying Memorandum Opinion to all counsel of record.

September 19, 2013  
Alexandria, Virginia

/s/  
James C. Cacheris  
UNITED STATES DISTRICT COURT JUDGE